## Second Department, June, 1971

### (June 3, 1971)

■ Enoch Baptist Church, Petitioner, v. William B. Groat et al., Justices of the Appellate Term of the Supreme Court for the Second and Eleventh Judicial Districts in the Second Judicial Department, Respondents. — Proceeding pursuant to article 78 of the CPLR to prohibit respondents, Justices of the Appellate Term of the Supreme Court, Second and Eleventh Judicial Districts, with respect to an order made by them dated May 18, 1971 conditionally granting a stay upon an appeal to said Appellate Term in a certain landlord-tenant summary proceeding in which the instant petitioner was the tenant-appellant (entitled *New York City Housing Auth.* v. *Enoch Baptist Church*). The order stayed all proceedings under the judgment appealed from (a judgment of the Civil Court of the City of New York, Kings County Index No. 1038/71), upon condition, *inter alia*, of payment into court of the judgment and all arrears of rent and all future rents, at the rate of $50 a month. The prohibition sought in the instant proceeding is against the imposition of said conditions in said stay order. Motion by respondents to dismiss the petition in this proceeding. Respondents' motion granted; petition dismissed, without costs. An exercise of judicial discretion is not reviewable by prohibition. Rabin, P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.

## Third Department, July, 1971

### (July 13, 1971)

■ The People of the State of New York ex rel. James Pearson, by Joseph Harris, Petitioner, v. Department of Correction of the State of New York, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied as insufficient on its face (see Code Crim. Pro., §§ 552, 555; *People* v. *Wirtschafter*, 305 N. Y. 515, 520-521). Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Sweeney, JJ., concur.

■ The People of the State of New York ex rel. Harvey William Losee, Petitioner, v. Paul C. Agnew, as Director of Dannemora State Hospital, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied as insufficient on its face. Herlihy, P. J., Aulisi, Greenblott, Cooke and Simons, JJ., concur.